**Order entered April 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00244-CV

### IN THE INTEREST OF I.D. & A.D., MINOR CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 88200**

### ORDER

The notice of appeal in this case, filed in this Court on April 14, 2021, contains the names of the minor children. We **ORDER** appellant to file an amended notice of appeal that complies with rule 9.8 of the Texas Rules of Appellate Procedure on or before **April 23, 2021**. *See* TEX. R. APP. P. 9.8 (all papers submitted to the court, except a docketing statement, must identify a minor by an alias, meaning using one or more of the person's initials or a fictitious name to refer to the person).

/s/     DENNISE GARCIA
        JUSTICE